**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 22-6815**

———————

TERRANCE JEROME RILEY,

        Petitioner - Appellant,

    v.

CHRISTOPHER GOMEZ, Warden,

        Respondent - Appellee.

———————

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  Gina M. Groh, District Judge.  (3:19-cv-00048-GMG)

———————

Submitted:  January 25, 2024                Decided:  January 29, 2024

———————

Before KING, WYNN, and THACKER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Terrance Jerome Riley, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terrance Jerome Riley appeals the district court's orders adopting the magistrate judge's recommendation, dismissing Riley's 28 U.S.C. § 2241 petition for lack of jurisdiction, and denying reconsideration. In light of the Supreme Court's recent decision in *Jones v. Hendrix*, 599 U.S. 465, 477-80 (2023) (holding that petitioner cannot use § 2241 petition to mount successive collateral attack on validity of federal sentence), we conclude that Riley cannot pursue his challenge in a § 2241 petition.

Accordingly, we affirm the district court's orders. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*